Cathy LANE, Respondent,

v.

Dennis NEWBERRY, et al., Appellants.

No. WD 76654.

Missouri Court of Appeals,
Western District.

June 10, 2014.

Gerard Harms, Jr., Osage Beach, MO, for Appellants.

Joseph Ellsworth, Lake Ozark, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., LISA WHITE HARDWICK, J., KEVIN HARRELL, SP. J.

## ORDER

PER CURIAM:

Dennis and Tanya Newberry appeal from the circuit court's judgment awarding damages in the amount of $50,100 to Cathy Lane for her claims against the Newberrys involving breach of a commercial lease, constructive eviction, and forcible entry and detainer. We affirm. Rule 84.16(b).

Mason McNAIL, Appellant,

v.

CITY OF RICHMOND HEIGHTS,
Respondent.

No. WD 76746.

Missouri Court of Appeals,
Western District.

June 10, 2014.

Richard Barry, III, St. Louis, MO, for Appellant.

James Foster, Jr., St. Louis, MO, for Respondent.

Brian Hey, St. Louis, MO, Co–Counsel for Respondent.

Before Division Three: THOMAS H. NEWTON, P.J., MARK D. PFEIFFER, and CYNTHIA L. MARTIN, JJ.

## ORDER

PER CURIAM:

Officer Mason McNail appeals the circuit court's judgment upholding the decision of the City of Richmond Heights to terminate him.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).